No. 12, October Term, 1949.  OSMAN ET AL. *v.* DOUDS, REGIONAL DIRECTOR OF THE NATIONAL LABOR RELATIONS BOARD, 339 U. S. 846.  Rehearing denied.  MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 33, October Term, 1949.  QUICKSALL *v.* MICHIGAN, 339 U. S. 660.  Motion for leave to file petition for rehearing denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 44, October Term, 1949.  SWEATT *v.* PAINTER ET AL., 339 U. S. 629.  Rehearing denied.

No. 455, October Term, 1949.  AUTOMATIC RADIO MANUFACTURING CO., INC. *v.* HAZELTINE RESEARCH, INC., 339 U. S. 827.  Rehearing denied.  MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 570, October Term, 1949.  LORD MANUFACTURING CO. *v.* UNITED STATES, 339 U. S. 956.  Rehearing denied.

No. 716, October Term, 1949.  HENDERSON *v.* UNITED STATES, 339 U. S. 963;

No. 717, October Term, 1949.  WILDMAN *v.* UNITED STATES, 339 U. S. 963;

No. 718, October Term, 1949.  SHUFFLEBARGER *v.* UNITED STATES, 339 U. S. 963;

No. 719, October Term, 1949.  FRANTZ *v.* UNITED STATES, 339 U. S. 963; and

No. 828, October Term, 1949.  WIXOM *v.* UNITED STATES, 339 U. S. 981.  The petition for rehearing in these cases is denied.